#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TASHA BRACKEEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 6:16-cv-01255-EFM |
| ) | |
| vs. ) | |
| ) | |
| SAFECO INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

#### ORDER FOR PRODUCTION OF EMPLOYMENT, PERSONNEL, AND PAYROLL RECORDS AND MEMORANDA

TO: All present and past employers and all individuals, corporations or other entities to whom applications for employment have been submitted.

NOW, on this 23rd day of August, 2016, upon motion of defendant Safeco Insurance Company of America, the court being fully advised in the premises, finds and hereby orders that you are permitted, but not required, to produce for inspection and duplication, at the expense of the party requesting same, any and all information in written form of whatsoever kind or nature, including but not limited to all employment, personnel, payroll, medical, insurance or other records and written memoranda, now in the possession or control of all present and past employers and all individuals, corporations or other entities to whom applications for employment have been submitted, or the respective custodians of the records of same, concerning or pertaining to the past or present employmenEmplt or applications for employment of Tasha Brackeen.

Any information obtained pursuant to the order will be used for the purposes of this lawsuit only.

IT IS SO ORDERED.

 s/ James P. O'Hara
U.S. MAGISTRATE JUDGE

APPROVED:

DEVAUGHN JAMES INJURY LAWYERS
Dustin L. DeVaughn
3241 N. Toben
Wichita, KS 67226
Office:  (316) 977-9999
Fax: (316) 425-0414
ddevaughn@devaughnjames.com


By /s/ Dustin L. DeVaughn
    Dustin L. DeVaughn, #16559
    *Attorney for Plaintiff, Tasha Brackeen*


WOODARD, HERNANDEZ, ROTH & DAY, LLC
245 North Waco, Suite 260
Wichita, Kansas  67202
Office:  (316) 263-4958
Fax:  (316) 263-0125
pmurphy@woodard-law.com



By /s/ Patrick J. Murphy
    Patrick J. Murphy,  #16045
    *Attorney for Defendant*